**Rebecca Ann HERNANDEZ, Respondent,**

v.

**Mario HERNANDEZ, Appellant.**

**No. WD 52414.**

Missouri Court of Appeals,
Western District.

Submitted Nov. 26, 1996.

Decided Feb. 4, 1997.

Jeffrey S. Bay, Kansas City, for appellant.

Christopher T. Patterson, Kansas City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

### ORDER

PER CURIAM:

Mario Hernandez appeals the judgment in this dissolution case, challenging the award of maintenance, the award of attorney's fees, and the division of property.

Having carefully considered the arguments on appeal, we affirm the judgment. The decision is without precedential value. A memorandum as to the court's reasoning has been furnished to the parties. Rule 84.16(b).